# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

**CASE NO.:** 1:23cr070      **DATE:** May 6, 2024

**UNITED STATES OF AMERICA**
V
April Evalyn Short

**TIMES:** 3:32 - 3:52

**Honorable:** Brian K. Epps, United States Magistrate Judge
**Court Reporter:** FTR
**Probation Officer:**

**Courtroom Deputy:** Courtnay Capps
**Interpreter:**
**Security:** CSO Ingram; USMS Brant, Partlow

**Attorney for Government:** Henry Syms
**Attorney for Defendant(s):** Pete Theodocion

---

**PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT**

- [✓] Defendant advised of rights
- [✓] CJA counsel appointed
- [✓] Defendant advised of charges and penalties
- [✓] Not guilty plea entered
- [✓] Pretrial motions due within __90__ days
- [✓] Rule 5/Brady materials reviewed
- [✓] Government Expert Disclosures due within __60__ days
- [✓] Defense Expert Disclosures due within __30__ days after government expert disclosures

- [✓] Government moves for detention:
    - [✓] Defendant waives detention hearing at this time
    - [ ] Detention hearing scheduled for:
    - [ ] Detention hearing held
        - [ ] Witness for Gov't:     [ ] Witness Sworn
        - [ ] Witness for Def:     [ ] Witness Sworn
- [✓] Defendant detained pending trial
- [✓] Defendant remanded to custody of USMS
- [ ] Defendant granted bond:

Notes: