IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 123-070 |
| | ) | |
| APRIL EVALYN SHORT | ) | |

**O R D E R**

On June 6, 2024, Defendant filed her notice of intent to assert an insanity defense and introduce expert evidence of mental disease and defect pursuant to Fed. R. Crim. P. 12.2. (Doc. no. 28.) The notice is ambiguous because it does not specify whether Defendant intends, under subsection (b), to introduce expert evidence of a mental disease or defect bearing on the issue of guilt, the issue of punishment in a capital case, or both. Fed. R. Crim. P. 12.2(b). Furthermore, the government interprets the notice as stating an intention to proceed under only subsection (b) and not subsection (a). (Doc. no. 30.) Accordingly, the Court **DIRECTS** Defendant to file an amended notice clarifying her intent, with citations to each applicable subsection of Rule 12.2, on or before Wednesday, July 17, 2024.

SO ORDERED this 11th day of July, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA