UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:23-cr-070 |
| v. ) | |
| ) | |
| APRIL EVALYN SHORT ) | |
| ) | |

**JOINT MOTION FOR EXENSION OF TIME FOR THE FILING OF A JOINT STATUS REPORT**

NOW COME the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and counsel for the Defendant, to move for an extension of the date for the filing of a Joint Status Report in this matter for 45 days, until October 10, 2024, for the following reasons:

On May 10, 2024, the Court entered an order, upon the unopposed motion of the government, declaring this case complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and, therefore, excluding the time from said order until further order of the Court from computation under the Speedy Trial Act.  Currently, there is a mental evaluation being conducted on the defendant at the government's request in accordance with the Court's order of July 19, 2024.  Further, the U. S. Attorney General has not issued a directive in this case regarding whether to seek the death penalty.  Such a directive, upon the government's belief, would not be rendered until the report of the current mental evaluation has been returned, and the government has had an opportunity to submit its relevant recommendations to the DOJ Capital

Case Section.

Because of the current status of the case, the parties believe that it would be inappropriate at this time to certify to the Court that there will not be any motions that would require a hearing before the Court prior to trial.

This request is being made in the interest of justice, and not for the purpose of undue delay.

Respectfully submitted, this 26th day of August, 2024.

*/s/ Henry W. Syms, Jr.*
Henry W. Syms, Jr.
Assistant United States Attorney
Georgia Bar Number 695009
P.O. Box 2017
Augusta, Georgia 30903
T: (706) 826-4536
Email: hank.syms@usdoj.gov


*/s/ J. Pete Theodocion*
J. Pete Theodocion
Attorney for Defendant Short
507 Walker Street
Augusta, Georgia 30901
(706) 250-8762
Email: theodocion01@comcast.net